**03·25·16**

**URIBE**

**Arviso**

**2873574**

3/30-4

LAPD

||||||||||||||||||||||||||||||

P002004933

LOS ANGELES POLICE DEPARTMENT

THIS IS PKG. NO.    TOTAL PKGS   JUVENILE INVOLVED ☐

# ANALYZED EVIDENCE
## *NARCOTICS*

RETURN TO:

DATE 2 03/25/16     MAR 2016

BOOKING NO. 4617226

DR 1699 - 12777

DIVISION OF OCCURRENCE  N/A

BOOKED TO  URIBE, OLIVIA

CHARGE  11370.1 H&S   Poss of Controlled Sub w/ Armed

LOCATION BOOKED  PROPERTY DIVISION

BOOKED BY  HACKMAN #38575

DIVISION AND UNIT  METRO/ R73

SPECIAL INSTRUCTIONS TO ANALYST  TEST FOR METHAMPHETAMINE (64.97 gg)

**#7 #4**

INVESTIGATING OFFICER        SERIAL NO.

## STATEMENT OF ANALYST

THE UNDERSIGNED IS PREPARED TO TESTIFY THAT HE IS A CRIMINALIST EMPLOYED BY THE LOS ANGELES POLICE DEPARTMENT; THAT HE DID ON THE _____ DAY OF _____ 20_____ , RECEIVE FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT THIS PACKAGE WHICH WAS SEALED; THAT HE TOOK IT TO THE LABORATORY OF THE LOS ANGELES POLICE DEPARTMENT AND THERE OPENED IT BY CUTTING AROUND THE SEAL AND EXAMINED THE CONTENTS THEREOF; THAT HE THEREUPON PREPARED A WRITTEN REPORT, PLACED ALL ITEMS INTO THE ORIGINAL CONTAINER, CLOSED IT AND SEALED IT AND RETURNED IT TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT ON THIS _____ DAY OF _____ , 20_____ .

VP752  3-30-2016
DAVID PURDY

*Davis Purdy*
ANALYST'S SIGNATURE

## STATEMENT OF OFFICER PRESENTING EVIDENCE IN COURT

THIS _____ DAY OF _____ , 20_____ , THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT

BY: _____
SIGNATURE

CASE ☐ DISMISSED  ☐ CONTINUED TO _____ .

THIS PACKAGE WAS RETURNED TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION ON THIS _____ DAY OF _____ , 20_____ , BY: _____
SIGNATURE

THIS _____ DAY OF _____ , 20_____ , THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT BY: _____
SIGNATURE