

# ANALYZED EVIDENCE - NARCOTICS

**03.25.16** — URIBE

3/30-4

LAPD P002004932

28287 5473

**DATE:** 03/25/16
**BOOKING NO.:** 4761732 6
**DR:** 1699-12777
**BOOKED TO:** URIBE, OLIVIA
**DIVISION OF OCCURRENCE:** N/A
**LOCATION BOOKED:** PROPERTY DIVISION
**CHARGE:** 484(e)(D)PC - POSS OF ACCESS CARD
**BOOKED BY:** HACKMAN #38575
**DIVISION AND UNIT:** METRO/R73
**SPECIAL INSTRUCTIONS TO ANALYST:** TEST FOR METH (0.98 g)
TEST FOR CODEINE (140.0 g)

MAR 2 8 2016

#21-23
#22-23

## STATEMENT OF ANALYST

THE UNDERSIGNED IS PREPARED TO TESTIFY THAT HE IS A CRIMINALIST EMPLOYED BY THE LOS ANGELES POLICE DEPARTMENT, THAT HE DID ON THE _____ DAY OF _____ 20___, RECEIVE FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT THIS PACKAGE WHICH WAS SEALED; THAT HE TOOK IT TO THE LABORATORY OF THE LOS ANGELES POLICE DEPARTMENT AND THERE OPENED IT BY CUTTING AROUND THE SEAL AND EXAMINED THE CONTENTS THEREOF; THAT HE THEREUPON PREPARED A WRITTEN REPORT, PLACED ALL ITEMS INTO THE ORIGINAL CONTAINER, CLOSED IT AND SEALED IT AND RETURNED IT TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT ON THIS _____ DAY OF _____, 20___.

ANALYST'S SIGNATURE

## STATEMENT OF OFFICER PRESENTING EVIDENCE IN COURT

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT
BY: _____ SIGNATURE
CASE ☐ DISMISSED ☐ CONTINUED TO _____

THIS PACKAGE WAS RETURNED TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION ON THIS _____ DAY OF _____, 20___, BY: _____ SIGNATURE

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT BY: _____ SIGNATURE