**Exhibit B**

**3.25.16**
**URIBE**
**Arviso**
**3/30-4**
**2873574**

LAPD
P002004933

LOS ANGELES POLICE DEPARTMENT

## ANALYZED EVIDENCE
### NARCOTICS

RETURN TO:

| THIS IS PKG. NO | TOTAL PKGS | JUVENILE INVOLVED | | | |
|---|---|---|---|---|---|

DATE: 3/25/16
BOOKING NO: 4617226
DR: 1699-12777
DIVISION OF OCCURRENCE: N/A

BOOKED TO: URIBE, OLIVIA
CHARGE: 11370.1 H&S  Poss of Controlled Sub w/ Armed

LOCATION BOOKED: PROPERTY DIVISION
DIVISION AND UNIT: METRO/ R73

BOOKED BY: HACKMAN #38575

SPECIAL INSTRUCTIONS TO ANALYST: TEST FOR METHAMPHETAMINE (64.97 g)

**#7 #4**

INVESTIGATING OFFICER / SERIAL NO.

### STATEMENT OF ANALYST

THE UNDERSIGNED IS PREPARED TO TESTIFY THAT HE IS A CRIMINALIST EMPLOYED BY THE LOS ANGELES POLICE DEPARTMENT; THAT HE DID ON THE _____ DAY OF _____ 20___, RECEIVE FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT THIS PACKAGE WHICH WAS SEALED; THAT HE TOOK IT TO THE LABORATORY OF THE LOS ANGELES POLICE DEPARTMENT AND THERE OPENED IT BY CUTTING AROUND THE SEAL AND EXAMINED THE CONTENTS THEREOF; THAT HE THEREUPON PREPARED A WRITTEN REPORT, PLACED ALL ITEMS INTO THE ORIGINAL CONTAINER, CLOSED IT AND SEALED IT AND RETURNED IT TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT ON THIS _____ DAY OF _____, 20___.

VP752  3-30-2016
DAVID PURDY
/s/ David Purdy
ANALYST'S SIGNATURE

### STATEMENT OF OFFICER PRESENTING EVIDENCE IN COURT

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT
BY: _____
SIGNATURE
CASE ☐ DISMISSED ☐ CONTINUED TO _____

THIS PACKAGE WAS RETURNED TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION ON THIS _____ DAY OF _____, 20___, BY: _____
SIGNATURE

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT BY: _____
SIGNATURE