**Exhibit C**

Requestor: USPIS\KARoss


**UNITED STATES POSTAL SERVICE**

Forensic Laboratory Examination Report
Forensic Laboratory Services
22433 Randolph Dr.
Dulles, VA 20104-1000

November 18, 2016

Case No ▮▮▮▮50-MT - Lab File No. 9-523-012631(2) – AMENDED REPORT
Type of Examination: Chemistry
Request Date(s): 05-11-2016

W. Claiborne, III
Postal Inspector
1055 N Vigness, 2nd Floor
Los Angeles, CA 90012

This amended report is issued to correct the Forensic Laboratory Report for Lab File Number 9-523-012631(1) dated August 22, 2016 to reflect the removal of a duplicate decimal point in the uncertainty of measurement to the FINDINGS AND OPINIONS section for Exhibits 2A, 2B and 2C. The amendment does not affect the reported examination results.

EXAMINATIONS:

Examine the crystalline material in Exhibits 1 and 2 for the presence of controlled substances and determine the quantity and purity. Examine the liquid in Exhibit 3 for the presence of controlled substances and determine the quantity.

FINDINGS AND OPINIONS:

Exhibit 1 consists of a heat-sealed clear plastic bag containing one coin envelope containing a white crystalline material. The net weight of the material was $0.9642 \pm 0.0010$ gram. A sample of the material was found to contain d-methamphetamine hydrochloride. Quantitative analysis of the sample was found to contain $97 \pm 5\%$ d-methamphetamine hydrochloride.

Exhibit 2 consists of a heat-sealed clear plastic bag containing the following:

    2A.    One clear plastic bag containing a white crystalline material. The net weight of the material was $27.91 \pm 0.03$ grams. A sample of the material was found to contain d-methamphetamine hydrochloride. Quantitative analysis of the sample was found to contain $98 \pm 5\%$ d-methamphetamine hydrochloride.

    2B.    One clear plastic bag containing a white crystalline material. The net weight of the material was $27.63 \pm 0.03$ grams. A sample of the material was found to contain d-methamphetamine hydrochloride. Quantitative analysis of the sample was found to contain $96 \pm 5\%$ d-methamphetamine hydrochloride.

Case No.2224450-MT - Lab File No. 9-523-012631(2)                                                                                    Page 2

2C.   One clear plastic bag containing a white crystalline material. The net weight of the material was 5.03 ± 0.03 grams. A sample of the material was found to contain d-methamphetamine hydrochloride. Quantitative analysis of the sample was found to contain 98 ± 5% d-methamphetamine hydrochloride.

Exhibit 3 consists of a heat-sealed clear plastic bag containing one prescription bottle of red liquid. The net weight of the material was 122.1 ± 1.3 grams. A sample of the material was found to contain codeine and guaifenesin.

Exhibits 1 and 2 were analyzed using infrared spectroscopy, gas chromatography (GC), mass spectrometry (MS) and nuclear magnetic resonance spectroscopy (NMR). The purity was determined by NMR. The optical isomer was determined using a chiral derivatization technique.

The codeine in Exhibit 3 was analyzed using GC and MS. The guaifenesin was analyzed using GC/MS.

All reported uncertainties are based on coverage factor k=2, at a 95% confidence level.

EXHIBITS:

Exhibits 1 through 3, received in this laboratory on May 12, 2016, are being returned with this report via Registered Mail.


*Kimberlie A. Ross*

Kimberlie A. Ross
Forensic Chemist, Sr.
Telephone: 703-406-7139
Fax: 703-406-7115


This is an official FLS examination report only if it contains an original signature of the forensic analyst.



AN ASCLD/LAB - *International* ACCREDITED TESTING LABORATORY SINCE DECEMBER 8, 2014