**Exhibit A**

# ARREST REPORT

| BOOKING NO. | U.O. | LOC. BKD. | | STATE | MI | | DR | | |
|---|---|---|---|---|---|---|---|---|---|
| 4617240 | | 4273 | | CA | | CRIME RPT. | 1699 12717 | | |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. | | | J | | CII | |
|---|---|---|---|---|---|---|---|---|---|
| ARVISO | JOSE | | | | | | | | |

| ADDRESS | | | APT NO. | | MAIN | | FBI |
|---|---|---|---|---|---|---|---|
| 117 E 43 AVE | | 12 | | | 30084730 | | |

| CITY | STATE | | CDC # | | PRO |
|---|---|---|---|---|---|
| LA | CA | | | | |

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | H | BLK | BRO | 602 | 220 | | 39 | | | | | | | |

| VEHICLE LIC. NO. | STATE | R.D. | AKA: LAST-FIRST- OR NICKNAME | MONIKER JO JO |
|---|---|---|---|---|
| | | 9999 | | |

| BIRTHPLACE | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|
| LA CA US LA | 41 | | Y |

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)
THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

SEE PAGE
HACKMAN 38575

| DIVISION | DETAIL | ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|---|
| 4241 | R | | 032516 | 1400 | 2327 |

| LOCATION OF ARREST | BAIL | 50000 |
|---|---|---|
| 3321 E COLORADO | TOTAL BAIL | NO BAIL |

| TYP | CHARGE & CODE | DEFINITION | WARRANT NO. |
|---|---|---|---|
| F | 11370.1HS | POSS OF DRUG/GUN | |

ADDITIONAL CHARGES: REV6PH0067901 3000.08CPC NO BAIL

SOCIAL SECURITY NO.

| ARRAIGN. DATE | TIME | COURT | LOCATION CRIME COMMITTED | R.D. | NO. |
|---|---|---|---|---|---|
| | | | SAA | SAME | |

EMPLOYER / SCHOOL

OCCUPATION / GRADE | PHY. ODD. **MULTIPLE TT ON NECK**

CLOTHING WORN: **GRY SHIRT/BLU JEANS/GRY SHOES**

EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE | HOLD FOR:

LIST CONNECTING RPTS. | VEHICLE USED | PASSENGERS M F

COMPLAINTS / EVID. OF ILLNESS / INJ: **NONE**

DRIVING VEH. | RETAINED $ | CASH $ | DEPOSITED

**INVOLVED PERSONS** Code: V: VICTIM W: WITNESS P/A: ARRESTING PRIVATE PERS. TO: TRUE OWNER R: PERSON RPTG. 459: S-PERSON SECURING D-PERSON DISCOVERING JUV: P-BOTH PARENTS G-GUARDIAN

| NAME | V & W'S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|

2016 MAR 26 AM 7:11

COMBINED CRIME REPORT | TYPE OF OFFENSE | VICT'S OCCUPATION

DATE AND TIME CRIME OCCURRED | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES

459/BFD ONLY-POINT AND METHOD OF ENTRY | WEAPON/FORCE/INSTRUMENT USED | TFV/BFV ONLY

MO (UNIQUE ACTIONS)

☐ GANG RELATED ☐ MOTIVATED BY HATRED/PREJUDICE ☐ DOMESTIC VIOLENCE ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

COMBINED EVID. RPT. | LOC. EVID. BKD. 1238 DIV | 10.10.00 GIVEN? Y N | Preliminary Drug Test POS | SUPV./INV. OFCR. TESTING FLORES | SERIAL NO. 37682 | WITNESS OFCR. | SERIAL NO.

| ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|
| | | SEE PROPERTY REPORT | | | | |

APPROVAL / REPORTING OFFICERS | SUPERVISOR APPROVING REPORT | SERIAL NO. 35701 | RAP SHEET ATTACHED ☐ YES ☐ NO | REPORTING OFFICER(S) MEJIA | SERIAL NO. 39635 | DIV. & DETAIL METRO | VACATION

HACKMAN 38575

JUVENILE DISPO. Petition Request: ☐ DETAINED ☐ RELEASED ☐ NON-BOOK ☐ NON-BOOK WARR.

INVEST. OFCR. | SERIAL NO. | DIV.

FINAL CHARGE | IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL | PROPERTY BOOKED? Y N IF YES, 10.08.00 COMPLETED? Y N | SUPERVISOR APPROVING | SERIAL NO.

JUV. COORD. REVIEWING | SERIAL NO.

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRAF. MISD. | 16 ☐ DCFS |
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

DATE/TIME DISPO. REPROD. | DIV./CLERK

05.01.02 (11/11) | ARREST REPORT

INC# 160325002878

USAO_00187

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES
## PROBABLE CAUSE DETERMINATION (DECLARATION)

| PCD Type: Adult | Courthouse: Foltz CJC | Location Booked: MDC Jail |
|---|---|---|
| Booking No: 4617240 | Arrest File No: 16-99-12777 | Identifiers (CII, Jain, PDJ): CII No: |
| Arrestee/Suspect (Last, First, Middle): Arviso, Jose | | DOB: 0 |
| Arrestee/Suspect's Residential Address: 117 E Ave 43rd #12, Los Angeles, CA 90019 | Location Of Occurrence: 3321 E Colorado Blvd | |
| Booking Charge(s): 11370.1 H&S | ☒ Felony  ☐ Misdemeanor  ☐ Infraction | Supplemental Holds/Warrants Charge: 3000.08 PC |
| Date/Time of Arrest: 03/25/2016 02:00 PM | Expiration Date and Time: 03/27/2016 02:00 PM | |
| Arresting Agency/Division: Los Angeles Police Department/Metropolitan | Arresting Officer(s): HACKMAN JOHN | Employee No(s): 38575 |
| Supervisor Approving: | Employee No: | Date/Time: | Contact Phone No: |

Facts establishing elements of offense(s)/violation(s). Information identifying /connecting arrestee/suspect by name with the violation(s) listed:

Ofcr's had previous knowledge that suspect had NO Bail felony warrant for 3000.08 PC- Parole Violation. Ofcr's conducted a follow up to a Motel and observed suspect walk out of Motel room towards a rental vehicle. Suspect was detained without incident. A parole compliance search of vehicle that he had a key for on his person. A search of vehicle revealed a loaded 9mm firearm underneath the driver seat of vehicle. Furthermore, Ofcr's observed a nylon satchel that contained an off white crystal like substance resembling methamphetamine.

☐ See Attached reports incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on  03/26/2016   02:16 AM   in the County of Los Angeles, California.
          (Date)          (Time)

/s/ JOHN HACKMAN             JOHN HACKMAN                    38575
(Signature)                  (Print Name)                    (Employee No.)

| Telephonic Determination ONLY | Probable Cause Determination |
|---|---|
| On _____, I was placed under oath and read the contents of the foregoing, including the contents of any attached reports or declaration, verbatim to the Honorable _____. The Judicial Officer advised me that there ( ☐ ) IS ( ☐ ) IS NOT probable cause to believe this arrestee has committed a crime. I declare under penalty of perjury that the foregoing is true and correct. Executed in Los Angles County, California on _____ (Date) _____ (Signature)    (Employee No.) | On the basis of either reports reviewed and/or officer's declaration I hereby determine that there ( ☐ ) IS ( ☐ ) IS NOT probable cause to believe this arrestee has committed a crime. _____ _____ (Judicial Officer's Signature)    (Date) _____ (Time) |

## ARREST REPORT APPROVAL CHECKLIST

DR # 16-99-12777   BOOKING # 4617240   DATE 03/25/2016

### REPORT FACE SHEET

| Item | Yes | Not Required |
|---|---|---|
| Automated Field Data Report (AFDR) Number on Arrest Report | ☐ | ☑ |
| Incident Number at the bottom of report | ☑ | ☐ |
| Admonition of Rights box completed (name/serial and page #, or "Not Admonished") | ☑ | ☐ |
| Use of Force box checked | ☐ | ☑ |
| All identifying numbers included (FBI, J, CII, DR, and Main #s) | ☑ | ☐ |
| Marsy's Rights Card provided and box checked | ☐ | ☑ |

### NARRATIVE

| Item | Yes | Not Required |
|---|---|---|
| Court Information section and all other required headings included | ☑ | ☐ |
| Watch commander providing booking approval (name/serial #) | ☑ | ☐ |
| Medical Treatment documented (name of doctor and hospital) | ☐ | ☑ |
| If money was booked, all reports agree on the amount | ☑ | ☐ |
| Receipt for Property Taken into Custody, Form 10.10.00, completed for each arrestee | ☑ | ☐ |
| Property Report completed and consistent with Form 10.10.00 | ☑ | ☐ |
| Firearms Supplemental Property Report, Form 10.01.01 completed; VIPU notified | ☑ | ☐ |

### RELATED REPORTS

| Item | Yes | Not Required |
|---|---|---|
| ePCD completed and submitted to watch commander | ☑ | ☐ |
| ePCD approved by watch commander and forwarded to magistrate for review | ☑ | ☐ |
| City Attorney Disclosure Statement | ☑ | ☐ |
| Criminal History Report / CCHRS | ☑ | ☐ |
| DMV history | ☐ | ☑ |
| Request for Confidentiality of Information, Form 03.02.00 or 03.02.01 | ☐ | ☑ |
| Arrestee signed out and all fields on the detention log completed | ☑ | ☐ |
| Hate Crime Resource Pamphlet provided and box checked on Form 03.02.00 or 03.02.01 | ☐ | ☑ |
| DMV Admin Per Se form of suspension attached to DUI Arrest Report and mail to DMV | ☐ | ☑ |

### GED ARRESTS

| Item | Yes | Not Required |
|---|---|---|
| Gang stamp on face sheet | ☑ | ☐ |
| Arrest report reviewed and initialed by a GED supervisor | ☐ | ☑ |
| Arrest report narrative indicates officers were in uniform and in a marked black/white police vehicle. Does the Sergeant's log provide an exception? | ☐ | ☑ |

### JUVENILE ARRESTS

| Item | Yes | Not Required |
|---|---|---|
| Juvenile Arrest Supplemental Report, Form 05.02.06 | ☐ | ☑ |
| Juvenile Arrest PCD completed and submitted to watch commander | ☐ | ☑ |
| Telephone calls (or refusal) documented (three within three hours; two within one hour of arrest) | ☐ | ☑ |
| Parent/Guardian notified and information listed on the face sheet | ☐ | ☑ |
| Released in compliance with the six hour rule | ☐ | ☑ |
| Gladys R. Questionnaire | ☐ | ☑ |

### BOOKING RECOMMENDATION

| Item | Yes | Not Required |
|---|---|---|
| Booking Approval signed by the watch commander (time of inspection/interview) | ☑ | ☐ |
| Type of booking search and results documented on the Booking Approval, Form 12.31.00, and report narrative (i.e., signature/serial # of watch commander approving the search; date/time of search; name of officer conducting the search) | ☑ | ☐ |

Watch Commander Approving [signature]   Serial No. 35701

05.02.15 (03/13)

# INVESTIGATOR'S FINAL REPORT

## Section A

| Field | Value |
|---|---|
| BOOKING NO. | 4617240 |
| J.C. | |
| LOC. BKD. | 4273 |
| D.R. | |
| STATE | CA |
| MT | N |
| ARRESTEE'S LAST NAME | ARVISO |
| FIRST | JOSE |
| MIDDLE | |
| SUF. | |
| ADDRESS | 117 E 43 AVE |
| APT NO. | 12 |
| CITY | LA |
| STATE | CA |
| SEX | M |
| DESCENT | H |
| HAIR | BLK |
| EYES | BRO |
| HEIGHT | 602 |
| WEIGHT | 220 |
| BIRTHDATE | 0[redacted] |
| AGE | 39 |
| VEHICLE LIC. NO. | |
| STATE | |
| R.D. | 9999 |
| AKA: LAST-FIRST- OR NICKNAME | |
| MONIKER | JO JO |
| BIRTHPLACE | LA CA / LA US |
| PROB. INV. UNIT | 41 |
| JUV. DETAINED AT | |
| AD. CHG. | Y |
| DIVISION | 4241 |
| DETAIL | |
| ARRESTING | R |
| DATE ARRESTED | 032516 |
| TIME ARR. | 1400 |
| TIME BKD. | 2327 |
| LOCATION OF ARREST | 3321 E COLORADO |
| BAIL | 50000 |
| TOTAL BAIL | NO BAIL |
| TYP. | F |
| CHARGE & CODE | 11370.1HS |
| DEFINITION | POSS OF DRUG/GUN |
| WARRANT NO. | |

## Section B

DR: 16-79-12777

## Section C

ADDITIONAL CHARGES: REV6PH0067901 3000.08CPC NO BAIL

LOCATION CRIME COMMITTED: SAA

R.D.: SAME

PHY. ODD.: MULTIPLE TT ON NECK

CLOTHING WORN: GRY SHIRT/BLU JEANS/GRY SHOES

## Section D

CODE: S - SPOUSE    P - PARENT    C - CHILD:    B - BROTHER    T - SISTER    R - OTHER RELATIVE    F - FRIEND    A - ACCOMPLICE    G - COMMON LAW SPOUSE

| NAME (LIST RELATIVES & ASSOCIATES) | DOB | RESIDENCE ADDRESS | PHONE | BUSINESS (NAME OR ADDRESS) |
|---|---|---|---|---|
| | | | | |

## Section E

CURRENTLY ON: ☐ PAROLE  ☐ PROBATION (FOR FEL.)  ☐ PROBATION (FOR MISD.)  ☐ PRISON PASS (2690 PC)

(ON PENDING PRIOR CASE): ☐ BAIL  ☐ WRIT  ☐ O.R.

(REQUIRED INFO.): ☐ CJIS/SRF CHECKED

05.10.00 (11/11)    INVESTIGATOR'S FINAL REPORT    On Misd. releases, fill in only boxes marked with *

USAO_00190

# DISPOSITION OF ARREST AND COURT ACTION

| BOOKING NO. | U.O. | LOC. BKD. | | | | RELEASE DATE / JUV. DISP. DATE | 16-99-12777 | LA |
|---|---|---|---|---|---|---|---|---|
| 4617240 | | 4273 | | | | | DR | |

| ARRESTEE'S LAST NAME | FIRST | MIDDLE | SUF. | | | |
|---|---|---|---|---|---|---|
| ARVISO | JOSE | | | | | CII |

| ADDRESS | | APT NO. | REASON FOR RELEASE | MAIN | FBI |
|---|---|---|---|---|---|
| 117 E 43 AVE | 12 | | ☐ 849 B(3) PC | | |

| CITY | STATE | | CDC # | PROBATION # |
|---|---|---|---|---|
| LA | CA | ☐ 849 B(1) PC | | |

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE | IF 849 B(1) CHECK ONE OF THE FOLLOWING | A.I. | CWWS | WARR | AJIS | RLSE | PAC | AWDI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | H | BLK | BRO | 602 | 220 | | 39 | | | | | | | | |

| VEHICLE LIC. NO. | STATE | R.D. | AKA: LAST- FIRST- OR NICKNAME | MONIKER JO JO | | ☐ COMPL. REFUSES TO PROSECUTE | ☐ ADMISS. EVID. INSUFF. |
|---|---|---|---|---|---|---|---|
| | | 9999 | | | | ☐ ARRESTEE EXONERATED | ☐ ASCERT. EVID. INSUFF. |
| | | | | | | ☐ FURTHER INVESTIGATION | |

| BIRTHPLACE | | PROB. INV. UNIT | JUV. DETAINED AT | AD. CHG. |
|---|---|---|---|---|
| LA | CA | 41 | | Y |
| LA | US | | | |

| DIVISION | DETAIL | ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. | ☐ RELEASE TO OTHER AGENCY: |
|---|---|---|---|---|---|---|
| 4241 | R | | 032516 | 1400 | 2327 | ☐ OTHER / JUV. DISP. |

| LOCATION OF ARREST | BAIL | 50000 |
|---|---|---|
| 3321 E COLORADO | TOTAL BAIL | NO BAIL |

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. ☆ |
|---|---|---|---|
| F | 11370.1HS | POSS OF DRUG/GUN | |

**REMARKS** SOCIAL SECURITY NO.

## B. PROSECUTION INFORMATION

| DATE | REASON FOR REJECTION | | | | ☐ 1203.2 PC - IN LIEU OF FILING | ORIG. COURT JUD. DIST. NUMBER |
|---|---|---|---|---|---|---|
| | CHRG 1 | CHRG 2 | CHRG 3 | CHRG 4 | ☐ REFILED - ORIGINAL CASE DISMISSED | ORIG. COURT CASE NUMBER |

## C. COURT — LOWER COURT

| DATE FILED | L.C. JUD. DIST. NO. | FILE NO. | CONSOLIDATED FILE NO. | TYPE OF TRIAL |
|---|---|---|---|---|
| | | | | ☐ COURT ☐ JURY |

| CHRG | FILE LEVEL | | | FIRST PLEA | | FINAL PLEA | | DISPOSITION | | | | DISPO DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION / CODE / LITERAL | DISPO LEVEL | | | HTA/ CERT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | M | F | NG | NG-I | G | NOLO | CONV | DISM | CERT JUV | ACQ | | | I | M | F | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |

## SUPERIOR COURT

| TYPE OF FILING | ☐ INFORMATION | ☐ CERTIFICATION | ☐ INDICTMENT | TYPE OF TRIAL | ☐ JURY | ☐ COURT | ☐ TRANSCRIPT |
|---|---|---|---|---|---|---|---|

| DATE FILED | S.C. JUD. DIST. NO. | FILE NO. | CONSOLIDATED FILE NO. |
|---|---|---|---|

| CHRG | FILE LEVEL | | FIRST PLEA | | FINAL PLEA | | DISPOSITION | | | | DISPO DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION / CODE / LITERAL | DISPO LEVEL | | | 17 PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | NG | NG-I | G | NOLO | CONV | DISM | CERT JUV | ACQ | | | I | M | F | |
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |

## D. SENTENCE INFORMATION

DATE OF SENTENCE     TRUE NAME

| CHRG | 17 PC | ISS | PROB | JAIL | | FINE | | RSTN | JAIL OR FINE | | | | CONC | CONS | VOL. WRK. | COST | CYA | PRISON SENTENCE INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | MOS. | DAYS | DAYS SUS. | X | SUS. | X | DAYS | PAID | COMM. | SUS. | X | X | X | X | X | TOTAL FIXED TERM (ALL COUNTS) | STAYED INFORMATION (SPECIFY COUNTS) |
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | YEARS   MONTHS | |
| 3 | | | | | | | | | | | | | | | | | | | ☐ CONC. ☐ CONS. |
| 4 | | | | | | | | | | | | | | | | | | ☐ SUSPENDED | W / CASE NO. |

**REMARKS**

## E. PROCEEDINGS SUSPENDED

DATE

☐ LC / SC BENCH WARRANT ISSUED    ☐ LC / SC 3050 WI - NARC. COMM.    ☐ SC 3051 WI - NARC. COMM.
☐ LC / SC DIVERSION    ☐ LC / SC 1368 / 1370 PC - FOUND    ☐ SC 1203.03 PC - 90 DAY O.B.
☐ LC / SC 1026 PC - NOT GLTY. INSANE    ☐ MENTALLY INCOMPETENT - COMMITTED    ☐ SC 707.2 WI - 90 DAY O.B.

05.09.00 (11/11)

USAO_00191

# SUBSEQUENT ACTION DISPOSITION INFORMATION

## A. LAW ENFORCEMENT INFORMATION

| NAME (LAST, FIRST, MIDDLE) | | | | | | FP CARD / OCA NO. | CII NO. |
|---|---|---|---|---|---|---|---|
| SEX | RACE | HGT | DOB | AGE | ARRESTING AGENT | BOOKING / CITE NO. | FBI NO. |
| ARREST DATE | | BOOKING AGENT | | CRIME REPORT NO. | | S.S. NO. | |

| CHARGE 1 (SECTION CODE) | TYPE M / F | CHARGE 2 (SECTION CODE) | TYPE M / F | IN-COUNTY WARR. NO. | D.L. NO. |
|---|---|---|---|---|---|
| CHARGE 3 (SECTION CODE) | TYPE M / F | CHARGE 4 (SECTION CODE) | TYPE M / F | REMARKS | |

PLACE AN "X" IN THE APPROPRIATE BOXES IN SECTIONS B AND C. WHEN COURT ACTION / SENTENCING OCCURS, COMPLETE THE APPROPRIATE INFORMATION IN SECTION C AND D.

## B. PROSECUTION INFORMATION

| REOPEN FROM PROSECUTOR PREFILING DEFERRAL | DATE | |
|---|---|---|

## C. SUBSEQUENT ACTION COURT INFORMATION

| | ORIGINAL L.C. JUD. DIST. NO. | ORIGINAL FILE NO. |
|---|---|---|
| | ORIGINAL S.C. JUD. DIST. NO. | ORIGINAL FILE NO. |
| REOPEN AFTER PROCEEDINGS SUSPENDED | DATE | |
| PROBATION CHANGE | DATE | |
| SENTENCE CHANGE | DATE | |

### LOWER COURT

| CHRG. | FILE LEVEL I / M / F | FIRST PLEA NG / NG-I | FINAL PLEA G / NOLO | DISPOSITION CONV. / DISM. / CERT.-JUV. / ACC. | DISPO. DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION / CODE / LITERAL | DISPO. LEVEL I / M / F | HTA / CERT. |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

### SUPERIOR COURT

| CHRG. | FILE LEVEL I / M / F | FIRST PLEA NG / NG-I | FINAL PLEA G / NOLO | DISPOSITION CONV. / DISM. / CERT. JUV. / ACC. | DISPO. DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION SECTION / CODE / LITERAL | DISPO. LEVEL I / M / F | 17 PC |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

## D. SUBSEQUENT ACTION SENTENCE INFORMATION

DATE OF SENTENCE

| CHRG. | 17 PC | ISS | PROB. | JAIL | FINE | RSTN. | JAIL OR FINE | | | CONC. | CONS. | VOL. WRK. | COSTS | CYA | PRISON SENTENCE INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | MOS. | DAYS | DAYS SUS. | X SUS. | X | DAYS / PAID / COMM | | SUS. | X | X | X | X | X | TOTAL FIXED TERM (ALL COUNTS) | STAYED INFORMATION (SPECIFY COUNTS) |
| 1 | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | YEARS | MONTHS |
| 3 | | | | | | | | | | | | | | | ☐ SUSPENDED | ☐ CONC. ☐ CONS. W / CASE NO. |
| 4 | | | | | | | | | | | | | | | | |

REMARKS

## E. SET ASIDE / DISMISSED / SEALED

| CONVICTION SET ASIDE / DISMISSED | DATE | ☐ 17 PC - REDUCED | ☐ 1203.4A PC (NO PROBATION) | ☐ 1203.4 PC (PROBATION) | ☐ 1772 WI ☐ 3200 WI |
|---|---|---|---|---|---|
| RECORD SEALED | DATE | ☐ 851.7 PC - SEAL ☐ 851.8 PC - SEAL / DESTROY | ☐ 851.85 PC - SEAL ☐ 1203.45 PC - MISD SEAL | ☐ 781 WI - JUVENILE SEAL ☐ 389 WI - JUVENILE SEAL | |

1 Use 1203.4 PC only when final sentence included probation; 1203.4A PC when no probation granted.
2 A certified copy of the court order must be attached to each JUS 8715A when a sealing order is issued.

F

| GUN | CALIBER | MAKE |
|---|---|---|
| | 9mm | SMITH & WESSON |

MODEL & TYPE: SHIELD
FINISH: BLUE STEEL
GRIPS: BLACK PLASTIC

| BARREL LENGTH | SERIAL NO. | CRANE NO. |
|---|---|---|
| 4" | None | |

**MILITARY SERVICE**
SERIAL NO.: /
- [ ] ARMY
- [ ] NAVY
- [ ] AIR FORCE
- [ ] COAST GUARD
- [x] MARINES

SPECIALTY: /
DISCHARGE DATE: /
OTHER COUNTRY NATION:

**Uses / Seller Narcotics**
- [ ] [ ] HEROIN
- [ ] [ ] MARIJUANA
- [x] [x] DANGEROUS DRUGS
- [ ] [ ] COCAINE
- [ ] [ ] PCP
- [ ] [ ] OTHER
- [ ] MARKS-LEFT ARM
- [ ] MARKS-RIGHT ARM
- [ ] MARKS-OTHER

**Degree of cooperation at time of I/V.**
- [x] REFUSES TO ANSWER QUESTIONS
- [ ] RESPONDS TO QUESTIONS
- [ ] INFORMATIVE

**Demeanor at time of arrest**
- [x] COOPERATIVE
- [x] ARMED-TYPE WEAPON: GUN
- [ ] RESISTED
- [ ] RESISTED-ASSAULTED OFFICER
- [ ] VEHICLE PURSUIT
- [ ] FOOT PURSUIT

**BODY LOCATION CODE**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMPLE | 01 | TORSO, BACK | 08 | LEG, RIGHT | 15 | SHOULDER, RIGHT | 22 | ABDOMEN | 33 | NIPPLE, LT | 40 | KNEE, LT | 47 |
| FOREHEAD | 02 | ARM, RIGHT | 09 | LEG, LEFT | 16 | WRIST, LEFT | 23 | BACK OF HEAD | 34 | NIPPLE, RT | 41 | LIPS, UPPER | 48 |
| CHEEK | 03 | ARM, LEFT | 10 | NEAR RIGHT EYE | 17 | WRIST, RIGHT | 24 | EYEBROW | 35 | NOSTRIL | 42 | LIPS, LOWER | 49 |
| NOSE | 04 | HAND, RIGHT | 11 | NEAR LEFT EYE | 18 | ANKLE, RIGHT | 25 | GENITALS | 36 | TONGUE | 43 | THIGH, RT | 50 |
| CHIN | 05 | HAND, LEFT | 12 | EAR, RIGHT | 19 | ANKLE, LEFT | 26 | HANDWEB | 37 | EYEBROW, RT | 44 | THIGH, LT | 51 |
| NECK | 06 | FINGERS & RT HAND | 13 | EAR, LEFT | 20 | FOOT, RIGHT | 27 | LIPS | 38 | EYEBROW, LT | 45 | | |
| TORSO FRONT | 07 | FINGERS & LT HAND | 14 | SHOULDER, LEFT | 21 | FOOT, LEFT | 28 | NAVEL | 39 | KNEE, RT | 46 | | |

**Oddity** | BODY LOC
AMPUTATION — A
BIRTHMARK — B
SCARS — C
DEFORMITY — D
MOLES — E
BURN — F
HYPERMARKS — G
LIMP — Z

**Complexion**
001 LIGHT/FAIR
002 MEDIUM
003 DARK
004 ALBINO
005 FRECKLED
006 SPLOTCHY PIGMENTATION
007 TANNED
008 ACNE/POCKMARKS

**Nose**
040 BROAD
041 CROOKED
043 HOOKED
044 LONG
045 PIERCED
046 SMALL
048 UPTURNED
049 FLAT

**Teeth**
080 BRACES
081 BROKEN
082 DESIGN ON TOOTH
083 FALSE
084 GOLD
085 NONE
086 MISSING
087 PROTRUDING
088 STAINED / DECAYED
089 GAP
090 SILVER

**Hair**
120 AFRO
121 BALD
122 BUSHY
123 CREW CUT
124 CURLY
125 DYED / BLEACHED
127 LONG
128 PROCESSED
130 THIN OR RECEDING
131 WIG OR TOUPEE
133 CORN ROWS, BRAIDED
134 JERI CURL
135 WAVY
136 PUNK STYLE
137 PONYTAIL
138 CLOSELY SHAVED

**Tattoos**
ANIMAL — H
BIRD — I
FEMALE (FIGURE, FACE, TORSO, ETC.) — J
FLOWER — K
GANG (ID, AFFILIATION) — L
HEART — M
INSECT — N
MALE (FIGURE, FACE, TORSO, ETC.) — O
NAMES WORDS INITIALS — P
NUMBERS — Q
PICTURES, OTHER — R
TEARDROP — S
WORDS, OTHER — T
OTHER OBJECT — U

**Ears**
020 PIERCED
021 DEFORMED
022 MISSING
023 PROTRUDING
024 LARGE

**Eyes**
030 BULGING
031 CROSSED
032 DAMAGED OR BAD
033 GLASSEYE
034 GLASSES
035 PATCH ON EYE
036 SUNGLASSES
037 MISSING
038 BLINKS
039 SLANTED

**Face**
060 FACE BROAD
061 HIGH CHEEKBONES
062 FACE, LONG
064 FACE, ROUND
065 HARELIP
066 HEAVY MAKEUP
067 HOLLOW CHEEKS
068 POCKMARKS / ACNE
069 LIPS, THICK
070 LIPS, THIN
071 OTHER _____
072 FACE, THIN

**Facial Hair**
100 FU MANCHU
101 BEARD
102 GOATEE
103 HEAVY EYEBROW
104 HEAVY MUSTACHE
105 MUSTACHE
106 MUTTON CHOPS
107 THIN MUSTACHE

**Speech Oddity**
050 ACCENT
051 IMPAIRMENT
052 SLURRED
053 OTHER _____

**Tobacco Usage**
- [ ] CIGAR
- [ ] CIGARETTE
- [ ] CHEWING
BRAND _____

TATTOO DESCRIPTIONS:

G

RELATE THE BELOW INFORMATION IN OUTLINE FORM
1. Arrest, M.O. (brief summary)    2. Previous criminal activity; include relevant facts.    3. Detective's opinion relevant to future involvement in crime.
4. Comments for consideration at future probation / parole hearing (violent acts, threats, etc.)    5. Weapon: How used? Why armed? Where weapon obtained?
6. Pending cases: type and status.    7. Any other relevant information: example - reason filing not sought or why case rejected.

USAO_00193

**CONTINUATION SHEET**
Los Angeles Police Department

| PAGE NO. 2/11 | TYPE OF REPORT ARREST | BOOKING NO. 4617240 | DR NO. 16-99-1377 |
|---|---|---|---|

| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

**DEFENDANT 1**: Arviso, Jose Samuel  D.O.B. ▇
**CHARGE**: 11370.1 H&S possession of drugs with a firearm  BKG# 4617240

**DEFENDANT 2**: Uribe, Olivia  D.O.B. ▇
**CHARGE**: 530.5 (A) PC unauthorized use of personal information  BKG# 4617226

**DEFENDANT 3**: Cobarrubias, Matthew  D.O.B ▇
**CHARGE**: 484 E (D) PC unauthorized possession of access card  BKG# 4617209

**SOURCE OF ACTIVITY**: My partner, Officer Hackman, #38575, and I Officer Mejia #34655 are currently assigned to Metropolitan Division, Crime Impact Team. We were dressed in plain clothes, wearing L.A.P.D raid jackets and driving a dual purpose police vehicle. We were assigned to handle and investigate violent crimes and to apprehend violent criminals committing violent crimes in the City of Los Angeles. The Crime Impact Team was tasked to locate and apprehend defendant Arviso and Uribe for felony warrants. Defendant Arviso is also currently on parole and absconding. The Crime Impact Team utilized the resources of the California Department of Corrections and Rehabilitation (CDCR) Fugitive Apprehension Team to assist us in locating and apprehending defendants Arviso and Uribe.

**INVESTIGATION**: On 03/25/2016 at approximately 1100 hours we received a telephone call from the CDCR Fugitive Apprehension Team, who advised us that they had located defendants Arviso and Uribe at 3321 East Colorado Boulevard in the City of Pasadena at the Hotel Le Reve. Crime Impact Team Members, Sgt. II Yzaguirre #27097, Officer's Medina #38584, Flores #37687, Hackman #38575, and I, responded to the Hotel Le Reve in Pasadena. Upon arrival we were met by CDCR Agents J. Barron #52813, R. Jones, W. Braden, V. Carbajal, and T. Ohno. Agent Barron advised me that they had defendants Arviso, Uribe and Cobarrubias in custody. Defendants Arviso, Uribe and Cobarrubias were all transported to Northeast Station pending further investigation.

Agent Barron advised me that he had observed all three defendants remove all their belongings from room 122 to room 211 at approximately 1100 hours. Approximately 10 minutes later Agent Barron observed defendant Arviso, Uribe, and Cobarrubias exit room 211. Arviso walked out holing a black/ purple satchel and black camera bag and proceeded to the parking lot and entered the driver side of a black Dodge Challenger, California license plate number 7PMG663. CDCR Fugitive Apprehension Team Agents moved in and took Arviso into custody without incident. Agent Barron stated when Arviso was taken into custody, Arviso had a black plastic clipboard with a storage compartment in his hands and dropped it outside the vehicle. Barron also observed in plain sight a small purple and black nylon satchel opened sitting on the driver's front seat where Arviso was seated. Agent Barron could see in plain view inside the satchel, item #7 were three clear plastic baggies containing a large quantity of crystal like substance resembling crystal methamphetamine, I Officer Mejia recovered the methamphetamine, item # 1, from the front driver seat of the Dodge Challenger along with a Nikon digital camera in a black case, item #6. Also inside the satchel were numerous credit cards and Identification cards. Those items were turned over to U.S. Postal Inspector L. Thompson. During a search of the vehicle I recovered a blue steal semi auto Smith and Wesson MP 9mm handgun, from the

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 3/11 | TYPE OF REPORT ARREST | | | BOOKING NO. 4617240 | DR NO. 16-99-13777 |
|---|---|---|---|---|---|
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

floor board of the driver's side of the vehicle, The handgun was underneath the floor mat with a fully loaded 8 round magazine inserted in it, items #'s 3, 4,and 5. I also recovered a white Samsung tablet, item #8, and a black Epson card tray, item #9 from the vehicles glove box. Two nest wireless wireless cameras, item #15 were recoverd by me from the back seat of the Dodge Challenger.

Also recovered were numerous credit cards and Identification cards from inside the satchel. The clipboard that Arviso had in his possession contained miscellaneous U.S. mail, checks and credit cards inside of the storage compartment. Those items were turned over to U.S. Postal Inspector L. Thompson.

Agent Barron recovered $289.00 U.S. Dollars, item #2, two cell phones, items #'s 10 and 11, key card, item #12, and vehichle key fob, item #13 from Arviso's person when he was taken into custody.

Agent Barron advised me that while defendant Arviso was being taken into custody, defendant Cobarrubias was at the black Ford Mustang, California license plate No. 7RCY030, placing a bag inside of it. Barron stated when Cobarrubias observed Arviso being taken into custody, Cobarrubias quickly walked away from the Mustang with a black plastic bag in his hand and a black back pack on his shoulder. Barron observed him walk into a walk way and out of sight for a brief moment and re-appeared on the third floor without the black bag and back pack. Cobarrubias was detained by other CDCR Fugitive Apprehension Team members on the third level walk way.

Agent Barron retraced the path that Cobarrubias took and recovered the black plastic bag inside a trash bin on the first level and the black back pack behind a trash bin on the third level of the hotel walk way. Barron took custody of the black bag and back pack and held them until we arrived. I, Officer Mejia took custody of the black bag and back pack. I recovered item, a crystal like rock substance resembling crystal methamphetamine from inside the black bag inside an eye glasses case and a plastic bottle containing a red syrupy substance resembling codeine. I also recovered a visa credit card in the name of Leslie E. Engel, a Target credit card in the name of Jason M Li contained in a folded target letter. A Element Electronic Fuel credit card with card No. 0460 00 490035 3, contained in a folded letter addressed to Leslie Engel Sanofi. Those items were recovered from Cobarrubias black back pack by me. $1652.00 in U.S. currency was recovered by a CDCR agent from Cubarrubias person when he was taken into custody.

I also recovered numerous U.S. mail and a metal mailbox master key from inside the black back that Cobarrubias was in possession of. The U.S. mail and master key was turned over to U.S. Postal Inspector L. Thompson.

I conducted a search of the black Mustang that Cobarrubias had placed an additional bag into for additional evidence. During the search of the vehicle I recovered an additional 50-60 pieces of U.S. mail from inside the passenger side floor board of the Mustang, along with approximately 4 checks located in the glove box, one blue pry bar located in a blue back pack on the front passenger side of the vehicle. Also contained in the blue back pack was a black ipad with a dock charger. These items were also turned over to U.S Postal Inspector L. Thompson.

| | | | | | | CONTINUATION SHEET | |
|---|---|---|---|---|---|---|---|
| Los Angeles Police Department | | | | | | | |
| PAGE NO. 4/11 | TYPE OF REPORT | ARREST | | | | BOOKING NO. 4617240 | DR NO. 16-99-12777 |
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

Agent Barron advised me while Arviso and Cubarrubias were being taken into custody, defendant Uribe was attempting to evade officers and walked towards Colorado Blvd. Uribe was apprehended by LAPD Detective S. Reyes #26251 and Officer F. Claus #37863. A white plastic baggie containing green leafy substance resembling marijuana and a black and oranger cell phone was recovered from Uribe's person when she was taken into custody and booked to Uribe.

I officer Mejia along with Sergeant Yzaguirre conducted a parole search of the hotel room #211, that Arviso, Uribe, and Cobarrubias were checked into. During the search I recovered a blue L.A. Dodgers sweatshirt with small burn marks on it, item #14 from the top right dresser drawer, that item was booked to Arviso. Also recovered in the hotel room was a white plastic bag containing a green leafy substance resembling marijuana, item booked to Uribe.

Sergeant Yzaguirre recovered a California Identification card in the name Bibiana Cuestas No. F2858540, a access card AMEX in the name of Jade Wong and, a access card Citi in the name of Shirline Hartono, those items were booked to Uribe.

Also recovered in the hotel room were numerous access cards, credit cards, a embosser machine, U.S. passports, and U.S. mail. These items were turned over to U.S. Postal Inspector L. Thompson for further investigation.

**ARREST:** Defendant Arviso was arrested for 11370.1 H&S possession of drugs with a firearm and transported to MDC Jail for booking.

Defendant Uribe was placed under arrest for 530.5 (A) PC unauthorized use of personal information and transported to MDC Jail for booking.

Defendant Cobarrubias was placed under arrest for 484 E (D) PC unauthorized possession of access card and transported to MDC Jail for booking.

**BOOKING:** All defendants were booked at MDC Jail on the approval Lt. Schatz #33944, Northeast Watch Commander and telephonic advice of Detective Pedroza #26904, Commercial Crimes Division.

**MEDICAL/INJURIES:** None.

**EVIDENCE:** See property reports.

**PHOTOS:** See attached photos.

**ADDITIONAL:** The Ford Mustang California license plate No. 7RCY030 and the Dodge Challenger California license plate No. 7PMG663 were parked at scene, hotel parking lot. The Chevy Tahoe Iowa

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. 5/11 | TYPE OF REPORT ARREST | | | | | BOOKING NO. 4617240 | DR NO. 16-99-1277 |
|---|---|---|---|---|---|---|---|
| ITEM NO. | QUAN | ARTICLE | SERIAL NO | BRAND | MODEL NO. | MISC DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

license plate No. DGE597 was released to Enterprise Rental Co.

Arviso's Mother was contacted by CDCR Fugitive Apprehension Team members to respond and secure the rest of the defendant's personal belongings.

Arviso's Mother- Cathryn Arviso DOB ▮▮▮▮, CDL ▮▮▮▮, Cell Phone No. ▮▮▮▮.

A 10.10 was issued to each defendant. Cobarrubias

Inc #160325002875.

# Los Angeles Police Department
## PROPERTY REPORT

Page 6 of 11

| | |
|---|---|
| NARC ☐ FIREARM ☐ SEARCH ☐ MONEY ☑ | TOTAL U.S. CURR. BKD. **$289.00** |
| EVID ☑  NON-EVID ☐  ONLY 1 CATEGORY PER REPORT | IF RELATED TO PREV BKD EVID, USE THAT DR: **16-99-12777** |

| DATE AND TIME OF THIS REPORT | DATE PROPERTY BKD. | DATE ORIG. EVID. TAKEN INTO CUSTODY |
|---|---|---|
| 05/25/2016  2100 | 03/26/2016 | |

| RESIDENCE ADDRESS | ARRESTEE ☑ EVID. CONT. OF ARREST REPORT | DOB | CHARGE 11370.1 H&S |
|---|---|---|---|
| 117 E Ave 43  Los Angeles  CA  90019 | Arviso, Jose Samuel | 05/24/1976 | BKD. DR |

RESIDENCE ADDRESS (BUS. ADDRESS IF VICT. IS BUSINESS) — VICTIM ☐ EVID. CONT. OF PIR (IF NO ARRESTEE)

RESIDENCE ADDRESS — ☐ OWNER OR IF UNKNOWN  ☐ FINDER/POSSESSOR

| AREA OR CITY, & DATE CRIME OCCUR. | TYPE OF PREMISES | DEPT. EMPLOYEE IF BOOKED TO | SERIAL NO. | DIVISION | IF FIREARM, CRT CHECKS: |
|---|---|---|---|---|---|
| Pasadena  05/25/2016 | Hotel | | | | AFS YES☐ NO☑   NCIC YES☐ NO☑ |

| IS THIS STOLEN PROPERTY? ☑YES ☐NO | PROBABLE CRIME 11370.1 H&S | ☑ FELONY ☐ MISD. | DATE & TIME PROP. FOUND TAKEN INTO POLICE CUSTODY - LOCATION - 03/25/2016  14:20  3321 E. Colorado Blvd | RD, OR CITY IF OUTSIDE 9999 |
|---|---|---|---|---|

IS THIS FOUND PROPERTY? ☐YES ☐NO  DATE & TIME FOUND PROPERTY DISCOVERED — LOCATION DISCOVERED —

| INVESTIGATIVE UNIT R72 | PROP. BKD. AT MDC | NOTIFICATIONS - PERSONS & UNITS | CONNECTING REPORTS - TYPE & DR |
|---|---|---|---|

Use of Evidence Continuation: Use only with Arrest Report or, if no Arrest Report, with PIR. Do not use if evidence is related to previously booked evidence. To book evidence, staple this page on top of Arrest Face Sheet (or PIR Face Sheet, if no arrest) and forward with evidence.

1. CIRCUMSTANCES (WHERE FOUND, BY WHOM, HOW MARKED, ETC.) EXPLAIN IF 10.10.00 NOT ISSUED. GIVE RESULTS OF CRT CHECKS ON FIREARMS.
2. ITEMIZE PROPERTY (LIST NARCOTICS FIRST, THEN MONEY, FIREARMS, PROPERTY WITH SERIAL NUMBERS, AND OTHER PROPERTY. IF RELATED TO PREVIOUSLY BKD. EVIDENCE, START WITH NEXT SEQUENTIAL ITEM NUMBER).
3. IS PROPERTY ELIGIBLE FOR IMMEDIATE DISPOSAL? YES☐ NO☐ IF YES, LIST ITEM #'S _____. ENSURE AN "EXTRA COPY" IS FORWARDED TO THE PROPERTY DISPOSITION COORDINATOR (PDC) FOR INPUT INTO APIMS. IF PROPERTY IS ELIGIBLE FOR RELEASE, COMPLETE A PROPERTY DISPOSITION/UPDATE REQUEST, FORM 10.06.00, AND FORWARD IT TO THE PDC FOR INPUT INTO APIMS.

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| | | | | | | The below items #1, 3-9 and 15 were recovered by Ofcr Mejia #34655, after conducting a parole compliance search of Arviso's vehicle (7PMG663 CA). Item #14 was recovered in hotel room #211 at Hotel LeReve (3321 E. Colorado Blvd) right hand drawer of closet by Ofcr Mejia #34655. Items #2 and Items #10-13 were recovered by Ofcr Mejia #34655 on Arviso's person incident to arrest. |
| 1 | 1 | Narcotics | Unk | Unk | Unk | White Crystal-like substance resembling methampetamine .64.07 GG's |
| 2 | 1 | U.S Currency | Unk | Unk | Unk | U.S currency 2X$100, 4X$20, 1X$5, 4X$1 |
| 3 | 1 | Firearm | Unk | Smith & Wesson | 9 Shield | Blue steel semi auto handgun |
| 4 | 1 | Magazine | Unk | Smith & Wesson | M&P | 9mm 8rd capacity |
| 5 | 8 | Ammo | Unk | FC | Unk | 9mm Luger |
| 6 | 1 | Camera | 3564359 | Nikon | D90 | Black digital camera in black case |
| 7 | 1 | Satchel | Unk | Unk | Unk | Blk/Purple nylon satchel |
| 8 | 1 | Tablet | R52H104F57W | Samsung | SM-T230NU | Samsung tablet 8GB w/ battery attached |
| 9 | 1 | Card Tray | Unk | Epson | R280 | PVC Card tray |

| Preliminary Drug Test | SUPERVISOR/INVESTIGATING OFFICER TESTING | SERIAL NO. 35701/60 | WITNESSING OFFICER | SERIAL NO. |
|---|---|---|---|---|
| Search Warrant Info | DATE | ISSUED BY JUDGE | | COURT NO. |

| SUPERVISOR APPROVING | SERIAL NO. 35701 | 10.10.00 ISSUED? YES☑ NO☐ | REPORTING EMPLOYEE(S) | SERIAL NO. | DIV. | DETAIL | PERSON REPORTING (SIGNATURE) |
|---|---|---|---|---|---|---|---|
| DATE & TIME REPRODUCED | DIVISION | CLERK | Mejia | 34655 | Metropolitan | R72 | X OFCR |
| | | | Hackman | 38575 | Metropolitan | R72 | |

10.01.00 (03/12)      INC # 160325002878

USAO_00198

**PROPERTY REPORT**

| ITEM NO. | QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
|---|---|---|---|---|---|---|
| 10 | 1 | Cell Phone | Unk | Apple | Unk | White cell phone w/ battery attached. |
| 11 | 1 | Cell Phone | Unk | Samsung | Unk | Flip style phone |
| 12 | 1 | Key Card | Unk | Kara | Unk | Key card w/ jacket for room #122 |
| 13 | 1 | Key Fob | Unk | Dodge | Unk | Key fob for vehicle 7PMG663 CA |
| 14 | 1 | Sweatshirt | Unk | GII Merchandise | Unk | Blk/Wht LA Dodger sweatshirt |
| 15 | 2 | Cameras | Unk | Nest | Nest Cam | 2 nest sealed cameras |

USAO_00199

PAGE 3 OF 4

LOS ANGELES POLICE DEPARTMENT

# RECEIPT FOR PROPERTY TAKEN INTO CUSTODY

*SAVE THIS RECEIPT*

| DATE | TIME | DR NUMBER |
|---|---|---|
| 05-25-2016 | 21:00 | 16-99-12-777 |

☐ ADDRESS   ☑ LOCATION PROPERTY TAKEN INTO CUSTODY
3321 E. Colorado Blvd

NAME OF PERSON IN POSSESSION OF PROPERTY (LAST, FIRST, MI)
Arviso, Jose Samuel

| ADDRESS | STREET | CITY | ZIP |
|---|---|---|---|
| 117 E Ave 43 | | Los Angeles | 90019 |

| BOOKING NUMBER | CHARGE | CAL DL, OR OTHER ID NO. |
|---|---|---|
| | 11370.1 H&S | |

OTHER IDENTIFYING INFORMATION

ITEM NUMBERS ON PROPERTY REPORT
1-15

PROPERTY TAKEN - DESCRIPTION        GIVE EXACT AMOUNT OF CASH  $  289.00

| QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC., COLOR, SIZE, INSCRIPTION, CALIBER, ETC. |
|---|---|---|---|---|---|
| 1 | Narcotics | Unk | Unk | Unk | White Crystal-like substance resembling methampetamine.64.07 GG's |
| 1 | U.S Currency | Unk | Unk | Unk | U.S currency 2X$100, 4X$20, 1X$5, 4X$1 |
| 1 | Firearm | Unk | Smith & Wesson | 9 Shield | Blue steel semi auto handgun |
| 1 | Magazine | Unk | Smith & Wesson | M&P | 9mm 8rd capacity |
| 8 | Ammo | Unk | FC | Unk | 9mm Luger |
| 1 | Camera | 3564359 | Nikon | D90 | Black digital camera in black case |
| 1 | Satchel | Unk | Unk | Unk | Blk/Purple nylon satchel |
| 1 | Tablet | R52H104F57 | Samsung | SM-T230NU | Samsung tablet 8GB w/ battery attached |
| 1 | Card Tray | Unk | Epson | R280 | PVC Card tray |
| 1 | Cell Phone | Unk | Apple | Unk | White cell phone w/ battery attached. |
| 1 | Cell Phone | Unk | Samsung | Unk | Flip style phone |
| 1 | Key Card | Unk | Kara | Unk | Key card w/ jacket for room #122 |
| 1 | Key Fob | Unk | Dodge | Unk | Key fob for vehicle 7PMG663 CA |
| 1 | Sweatshirt | Unk | GII Merchandise | Unk | Blk/Wht LA Dodger sweatshirt |

| PROPERTY BOOKED TO - SAME AS POSSESSOR ☐ | DIVISION OF BOOKING |
|---|---|
| Arviso, Jose Samuel | Metropolitan |

| SIGNATURE OF OFFICER ISSUING | SERIAL NUMBER | DIVISION | DETAIL |
|---|---|---|---|
| | 38575 | Metropolitan | R72 |

**THIS RECEIPT DOES NOT CONSTITUTE RECOGNITION OF LEGAL TITLE TO ABOVE PROPERTY**

SIGNATURE OF PERSON IN POSSESSION OF PROPERTY (OPTIONAL)

10.10.00 (01/15)

PROPERTY RELEASE (COMPLETE NEXT PAGE)

USAO_00200

| PAGE 9 of 11 | TYPE OF REPORT RECEIPT FOR PROPERTY TAKEN INTO CUSTODY | | BOOKING NO. | DR NO. 16-99-12777 |
|---|---|---|---|---|
| QUANT. | ARTICLE | SERIAL NO./TYPE TEST OF DRUG | BRAND/DRUG WEIGHT, UNITS | MODEL NO./DRUG TEST RESULT | MISC.-COLOR, SIZE, INSCRIPTION, CALIBER, ETC. IF MULT. ARREST, INCL. NAME/BKG. # FROM WHOM TAKEN |
| 2 | Cameras | Unk | Nest | Nest Cam | 2 nest sealed cameras |

# FIREARMS SUPPLEMENTAL PROPERTY REPORT

Department employees shall complete this form for the first firearm booked. This form shall become a page of the Property Report, Form 10.01.00, and continue the page numbering sequence. Additional firearms with the same possessor, associates, recovery location, and recovery date and time may be listed on the Continuation Sheet for Firearms Supplemental Property Report, Form 10.01.02, which shall become a page of the Property Report and continue the page numbering sequence. For additional associates, use appropriate copies of this form as needed.

## FIREARM DESCRIPTION

| 1. ITEM | 2. MANUFACTURER | 3. TYPE * | 4. CATEGORY ** | 5. MODEL | 6. CALIBER | 7. BARREL LENGTH |
|---|---|---|---|---|---|---|
| 3 | Smith & Wesson | P | I | Shield | 9mm | 4" |

| 8. SERIAL NUMBER | 9. OTHER MARKINGS OR INFORMATION (Finish, Grips, etc.) | 10. COUNTRY OF ORIGIN | 11. IMPORTER (Name, City and State) |
|---|---|---|---|
| Unknown | Plastic Grips | USA | Carl Walther, Springfield, MA |

12. WAS FIREARM USED IN A CRIME?  [ ] YES  [✓] NO   NCIC CODE: 5212
13. WAS FIREARM SUSPECTED OF HAVING BEEN USED IN A CRIME?  [X] YES   NCIC CODE: 5212   *REFER TO PAGE 2 FOR NCIC CODES
14. WAS FIREARM ILLEGALLY POSSESSED?  [ ] YES  [ ] NO  [✓] UNK
15. WAS FIREARM REPORTED STOLEN?  [ ] YES  [✓] NO

## FIREARM POSSESSOR AND/OR ASSOCIATE INFORMATION

| 1. NAME OF FIREARM POSSESSOR (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| Arviso, Jose Samuel | ▮▮▮6 | Los Angeles | 602 | 220 | M | Hisp |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| 117 E Ave 43 | - | Los Angeles | CA | 90019 |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| Driver License | CA | ▮▮▮▮▮▮ |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT. NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

| 1. NAME OF ASSOCIATE (Last, First, Middle) | 2. DOB | 3. PLACE OF BIRTH | 4. HT | 5. WT | 6. SEX | 7. RACE |
|---|---|---|---|---|---|---|
| | | | | | | |

| 8. STREET ADDRESS | 9. APT NO. | 10. CITY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|
| | | | | |

| 13. IDENTIFICATION TYPE (Driver License, DMV ID, Social Security Card, etc.) | 14. STATE | 15. IDENTIFICATION NUMBER |
|---|---|---|
| | | |

## FIREARM RECOVERY INFORMATION

| 1. DATE | 2. RD | 3. RECOVERING OFFICER'S SERIAL NO. | 4. PROB. INVEST. UNIT | 5. PENAL CODE SECTION | 6. CRIME TITLE |
|---|---|---|---|---|---|
| 03/26/2016 | 999 | Mejia | 23r83 | 11370.1 H&S | Poss Contr Subst/ Arm |

| 7. STREET ADDRESS | 9. APT NO. | 9. CITY | 10. COUNTY | 11. STATE | 12. ZIP CODE |
|---|---|---|---|---|---|
| 3321 E Colorado Blvd | - | Pasadena | Los Angeles | CA | 90019 |

* Use the following codes to denote the "Type" of weapon:

A - Cannon
B - Submachine Gun
C - Rifle/Shotgun Combination
G - Grenade
K - Rocket
M - Machine Gun
O - Mortar
P - Pistol
R - Rifle
S - Shotgun
T - Tear Gas Gun
V - Silencer
Z - All Others

** Use the following codes to denote the "Category" of weapon:

A - Automatic
B - Bolt Action
C - Carbine
D - Derringer
E - Side by Side
F - Flare Gun
G - Gas or Air
H - Flintlock
I - Semi-Automatic
J - Jet Propulsion
K - Blank Pistol
L - Lever Action
M - Machine
N - Launcher
O - Over/Under
P - Pump
Q - Antique
R - Revolver
S - Single Shot
T - Recoilless
U - Percussion
W - Three Barrels
X - 4 + Barrels

# LOS ANGELES POLICE DEPARTMENT
## INVESTIGATIVE ACTION / STATEMENT FORM

Page 1 of 1

| Tape No. | | Inc. No. | DR or Bkg. No. |
|---|---|---|---|
| Witness No. | If recording an officer's action, complete shaded areas and statement section only. | | 16-99-12777 |

| Name | Date/Time of Interview | Location of Interview |
|---|---|---|
| ARVISO, JOSE | 3-25-16 / 1925 | NOE STA |

| Residence Address | City | Zip Code | Phone |
|---|---|---|---|
| 117 E. AVE 43 #2 | LOS ANGELES | 90031 | |

| Business Address | City | Zip Code | Phone |
|---|---|---|---|
| | | | |

| Sex | Descent | Hair | Eyes | Height | Weight | DOB | Age | Driver Lic. No/Other ID | State |
|---|---|---|---|---|---|---|---|---|---|
| M | HIS | BLK | BRO | 602 | 260 | | 39 | | CA |

| Interviewing/Reporting Officer | Serial No. | Division |
|---|---|---|
| HACKMAN | 38575 | METRO |

| MIRANDA ADMONITION | Officer Completing | Serial No. |
|---|---|---|
| | HACKMAN | 38575 |

1. You have the right to remain silent.
   Do you understand? YES
2. Anything you say may be used against you in court.
   Do you understand? YES
3. You have the right to the presence of an attorney before and during any questioning.
   Do you understand? YES
4. If you cannot afford an attorney, one will be appointed for you, free of charge, before any questioning if you want.
   Do you understand? YES

   If a waiver is desired:
   Do you want to talk about what happened?

**Statement:** Include who, what, when, where, why, and how.

SEE NARRATIVE

03.11.20 (12/05)

USAO_00203

# CITY ATTORNEY DISCLOSURE STATEMENT

OFFICERS - FORM TO BE COMPLETED ON ALL FELONY AND MISDEMEANOR ARRESTEES
DETECTIVES - FORM TO BE FILED WITH CITY ATTORNEY ONLY
Answer all questions to the best of your personal knowledge.

| Type of Report ARREST | Booking No. | DR No. 16-99-12777 |
|---|---|---|

1. Reports: To your knowledge, what reports (except personnel investigations) were prepared in relation to this investigation?
   ☒ Arrest   ☐ Crime   ☒ Property   ☒ PCD   ☐ Follow-up   ☐ Vehicle (CHP 180)   ☐ CHP 555
   ☐ DMV-DS367   Other: _____

2. The following items exist:   Photographs (include C#) YES
   Video tape (including DICV and digital imaging) _____
   Audio tape (including officer's personal tape)   ☐ YES   ☒ NO   Other: _____

3. Has there been or is there a pending Use of Force investigation?   ☐ YES   ☒ NO
   If YES, provide the name and serial number of supervisor conducting investigation.
   Name _____   Serial No. _____

4. List the NAME, ADDRESS, PHONE NUMBER and DATE OF BIRTH of all CIVILIAN WITNESSES not named in any report(s), whether interviewed or not.

| Name | Address | Phone No. | DOB |
|---|---|---|---|
| | | | |
| | | | |

5. List the NAME, SERIAL NUMBER, ASSIGNMENT and ROLE of all OFFICERS not named in the report(s) who were percipient witnesses or otherwise involved in this incident:

| Officer Name | Serial No. | Assignment | Officer's Role |
|---|---|---|---|
| | | | |
| | | | |

6. List the NAME, SERIAL NUMBER, DEPARTMENT/AGENCY and UNIT NUMBER of all FIRE DEPARTMENT and EMERGENCY MEDICAL PERSONNEL who responded to this incident, but were not named in any report(s):

| Name | Serial No. | Department/ Agency | Unit No. |
|---|---|---|---|
| | | | |
| | | | |

7. List any SUSPECT(S) STATEMENT(S) not included in any report(s):

8. List any CIVILIAN WITNESS(ES) STATEMENT(S) not included in any report(s):

9. Are there any RETAINED OFFICER NOTES or DIAGRAMS not included in any report(s)?   ☐ YES   ☒ NO
   If YES, identify:

| Officer Name | Serial No. | Assignment | Item |
|---|---|---|---|
| | | | |
| | | | |

10. List any known facts not included in any report(s) that might be considered as favorable to the defense or damaging to the prosecution, or which might negatively reflect on the credibility of any prosecution witness:

All of the answers to the above questions are true to the best of my personal knowledge.

| Signature | Serial No. | Div. of Assignment | Role in Arrest | Date |
|---|---|---|---|---|
| MESTA | 34645 | METRO | ARREST | 3/25/16 |
| HACKMAN | 35575 | METRO | ARREST | 3/25/16 |
| [signature] | 35584 | METRO | ARREST | 3/25/16 |

USAO_00204

05.02.09 (07/13)

# Los Angeles Police Department
## BOOKING APPROVAL

| SEE DISTRIBUTION AT BOTTOM FOR NUMBER OF COPIES REQUIRED. | DATE & TIME OF ARREST 03-25-2016  2:00 P.M. | TIME OF INSPECTION/INTERVIEW BY WATCH COMMANDER (LAPD MANUAL 4/216)  2:25 P.M. |
|---|---|---|

**ARRESTEE'S NAME (Last, First, Middle):** Arviso, Jose

| ARRESTING OFFICER(S) | SERIAL NO.(S) | DIVISION | DETAIL |
|---|---|---|---|
| Mejia/Medina/Flores | 34655/38584/37687 | Metro | 23R73 |

**ACTION ADVISED:**

☑ Booking Charge: 11370.1 H&S - POSS OF CONTROLLED SUBSTANCE WHILE ARMED
(As appears on AJIS Charge Table)

☑ Additional charges: No Bail Warrant

☐ Advise arrestee of immediate cash bailout right (if two or fewer warrants for parking offense or traffic infraction)

☐ Release without booking    ☐ Phone call made    ☐ Phone calls refused by arrestee

**BASIC CHARGE:** $ 50,000
**ADD'L CHARGES:** $ NO BAIL
**ENHANCEMENTS:** $
**TOTAL BAIL:** $ No BAIL

**1. EVIDENCE TO BE BOOKED  2. SUGGESTIONS FOR CONTENTS OF REPORTS.  3. VISITATION RESTRICTION**

(1) US Currency, Narco, Firearms, Credit Cards,
(2) None
(3) None
FEL WARRANT # REVGPH0067901
186.22 PC - GANG ENHANCEMENT  $ 40,000

**RESPONSIBLE INVEST. UNIT**

| PAROLE/PROBATION AGENT: | PHONE NO. | TIME TELEPHONIC HOLD PLACED |
|---|---|---|

**REASON FOR SEARCH:**

☑ Offense involves a controlled substance

☑ Articulable and reasonable suspicion that the arrestee is concealing contraband or weapons, regardless of the offense. (Explain reasonable suspicion).
Arrested for possession of firearm and narcotics sales

**TYPE OF SEARCH AUTHORIZED:**
☑ STRIP    ☐ PHYSICAL BODY CAVITY*
☑ VISUAL BODY CAVITY    *Note: Search warrant required.    WARRANT NO.

**OBTAIN THIS AUTHORIZATION PRIOR TO SEARCH**
WATCH COMMANDER APPROVING SEARCH (signature) SERIAL. NO.
LT R Schatz    33944

| DATE & TIME OF SEARCH | LOCATION SEARCH CONDUCTED | SEARCHING EMPLOYEE | SERIAL NO. | DIVISION | SEX |
|---|---|---|---|---|---|
| 03-25-2016  2250 | Metropolitan Detention Center | Leung | 35730 | Metro | M |

**RESULTS OF SEARCH (List items and locations removed from):** NEG

| ADVISING INVESTIGATIVE SUPERVISOR (signature) | ☐ Telephonic Advice | SERIAL NO. | DIVISION | RAP SHEET REVIEWED? |
|---|---|---|---|---|
| DET II  STOGSDILL |  | 27548 | NOE | YES ☑ NO ☐ |

| WATCH COMMANDER APPROVING BOOKING (signature) | SERIAL NO. | DIVISION | RAP SHEET REVIEWED? |
|---|---|---|---|
| LT R Schatz  SCHATZ | 33944 | NOE | YES ☑ NO ☐ |

**MISDEMEANOR ARRESTS:** Circle reason for booking below.

**CONDITIONS FOR NON-ELIGIBILITY FOR RELEASE**

1. The person arrested is so intoxicated that he or she could be a danger to himself or herself or others.
2. The person arrested requires medical examination or medical care or is otherwise unable to care for his or her own safety.
3. The person is arrested for one or more of the offenses listed in Section 40302 or 40303 of the Vehicle Code. (EXCEPTION - DUI ARRESTEES MAY BE RELEASED AFTER BOOKING, IF OTHERWISE ELIGIBLE.)
4. There are one or more outstanding felony arrest warrants for the person.
5. The person has one or more outstanding misdemeanor arrest warrants ineligible for release under Section 827.1 of the Penal Code (Manual Section 4/216.67).
6. The person cannot provide satisfactory evidence of personal identification.
7. The prosecution of the offense or offenses for which the person is arrested or the prosecution of any other offense or offenses would be jeopardized by immediate release of the person arrested.
8. There is a reasonable likelihood that the offense or offenses will continue or resume, or that the safety of persons or property will be imminently endangered by release of the person arrested.
9. The person arrested demands to be taken before a magistrate or refused to sign the notice to appear.
10. There is reason to believe that the person arrested would not appear at the time/place specified in the notice.

| OFFICER MAKING O.R. DETERMINATION | ☐ YES ☐ NO | MISD. WARRANT NO. | OR REASON NO. |
|---|---|---|---|

12.31.00 (11/10)    DISTRIBUTION:    ORIGINAL - ATTACH TO THE ORIGINAL ARREST REPORT; OR TO DFAR IF NO ARREST REPORT OR BKG.
COPY - 1 - ATTACH TO JAIL CUSTODY RECORD IF BOOKED; 1 - ATTACH TO DIV. COPY OF ARREST

USAO_00205