**Exhibit B**

**3·25·16**
**URIBE**
**Arviso**
**2873574**
**3/30-4**

LAPD
P002004933

LOS ANGELES POLICE DEPARTMENT

## ANALYZED EVIDENCE
### NARCOTICS

RETURN TO:

| THIS IS PKG. NO | TOTAL PKGS | JUVENILE INVOLVED | | |
|---|---|---|---|---|
| | ② | | | |

MAR 8 2016

DATE: 2 · 3/25/16
BOOKING NO: 4617226
DR: 1699-12777

BOOKED TO: URIBE, OLIVIA
DIVISION OF OCCURRENCE: N/A

LOCATION BOOKED: PROPERTY DIVISION
CHARGE: 11370.1 H&S  POSS OF CONTROLLED SUB W/ARMED

BOOKED BY: HACKMAN #38575
DIVISION AND UNIT: METRO/ R73

SPECIAL INSTRUCTIONS TO ANALYST: TEST FOR METHAMPHETAMINE (64.97 g)

**#7 #4**

INVESTIGATING OFFICER:         SERIAL NO:

### STATEMENT OF ANALYST

THE UNDERSIGNED IS PREPARED TO TESTIFY THAT HE IS A CRIMINALIST EMPLOYED BY THE LOS ANGELES POLICE DEPARTMENT; THAT HE DID ON THE _____ DAY OF _____ 20___, RECEIVE FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT THIS PACKAGE WHICH WAS SEALED; THAT HE TOOK IT TO THE LABORATORY OF THE LOS ANGELES POLICE DEPARTMENT AND THERE OPENED IT BY CUTTING AROUND THE SEAL AND EXAMINED THE CONTENTS THEREOF; THAT HE THEREUPON PREPARED A WRITTEN REPORT, PLACED ALL ITEMS INTO THE ORIGINAL CONTAINER, CLOSED IT AND SEALED IT AND RETURNED IT TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT ON THIS _____ DAY OF _____ 20___.

VP752  3-30-2016
DAVID PURDY
*David Purdy*
ANALYST'S SIGNATURE

### STATEMENT OF OFFICER PRESENTING EVIDENCE IN COURT

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT

BY: _____ SIGNATURE          CASE ☐ DISMISSED  ☐ CONTINUED TO _____

THIS PACKAGE WAS RETURNED TO THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION ON THIS _____ DAY OF _____, 20___, BY: _____ SIGNATURE

THIS _____ DAY OF _____, 20___, THIS PACKAGE WAS TAKEN FROM THE PROPERTY DIVISION OF THE LOS ANGELES POLICE DEPARTMENT IN A SEALED CONDITION AND BROUGHT TO _____ COURT BY: _____ SIGNATURE