TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
AMANDA ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
General Crimes Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5748
    Facsimile: (213) 894-0141
    E-mail:   amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOSE ARVISO,<br><br>    Defendant. | No. 2:17-CR-00018-CAS<br><br><u>NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE</u> |

    Plaintiff, United States of America, hereby advises the court that the above-captioned case has been re-assigned to a new Assistant United States Attorney ("AUSA") as follows:

| Role | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Maria Jhai | maria.jhai@usdoj.gov |
| Newly Assigned AUSA | Amanda Elbogen | amanda.elbogen@usdoj.gov |

//

//

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly assigned AUSA is associated with this case and receives all e-mails related to filings in this case, and that the previously assigned AUSA is removed from the docket.

Dated: February 10, 2022              Respectfully submitted,

                                              TRACY L. WILKISON
                                              United States Attorney

                                              SCOTT M. GARRINGER
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                                /s/ *Amanda Elbogen*
                                              AMANDA ELBOGEN
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA