O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:17cr00018(1)-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JOSE ARVISO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 30, 2023 and February 12, 2024, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on October 5, 2023 and November 17, 2023.  Government counsel, Amanda Elbogen, the defendant and his appointed CJA attorney, Peter Swarth, were present.  The U.S. Probation Officer, Kristie Eichenseer, was also present.

The defendant admitted allegations 1, 2, 3, 5, 8, 9, 10, and 11, in violation of his supervised release, as stated in the Petitions filed on October 5, 2023 and November 17, 2023.  The defendant denied allegations 4, 6, and 7, as stated in the petition filed October 5, 2023.  The Court granted the government's request to dismiss allegations 4, 6, and 7 of the petition filed October 5, 2023.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 1, 2023.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked.  The defendant is committed to the

custody of the Bureau of Prisons for a term of two (2) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of fifty-seven (57) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- Upon release from imprisonment, defendant shall be released directly to the Probation Officer and/or the Program Director from an approved residential drug treatment and counseling program, approved and coordinated by the U. S. Probation Office, where defendant shall reside at and participate in for a period of six (6) months, until discharged by the Program Director; and

- As directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency/alcohol dependency/ psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672.  The defendant shall provide payment and proof of payment as directed by the Probation Officer.  If the Probation Officer determines defendant does not have the ability to pay, defendant shall not be required to pay the costs of the treatment.

Defendant is informed of his right to appeal.

The Court hereby recommends defendant be housed at the Santa Ana Jail forthwith.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:    February 12, 2024

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH
CLERK OF COURT

By: _____
Catherine M. Jeang,  Deputy Clerk

2