FILED
CLERK, U.S. DISTRICT COURT
Dec. 16, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ARVISO,<br><br>Defendant. | Case No. 2:17-CR-00018-CAS-1<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On December 16, 2024, Defendant Jose Arviso made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on March 15, 2024. Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition include failure to report for intake appointment at residential drug treatment program as required and failure to report change in residence as required, as well as that Defendant's whereabouts are unknown.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition, history of prior revocations, noncompliance and substance abuse history.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: December 16, 2024

**PATRICIA DONAHUE**
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE