O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:17cr00018(1)-CAS |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| JOSE ARVISO, | ) | |
| Defendant. | ) | |

On January 7, 2025, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on March 15, 2024 and December 27, 2024. Government counsel, Amanda Elbogen, the defendant and his appointed CJA attorney, Peter Swarth, were present. The U.S. Probation Officer, Kristie Eichenseer, was also present.

The defendant admitted allegations 1 and 2, in violation of his supervised release, as stated in the Petition filed on March 15, 2024. The defendant denied allegation 3, as stated in the petition filed December 27, 2024. The Court granted the government's request to withdrawal allegation 3 of the petition filed December 27, 2024. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 1, 2023 and February 12, 2024.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is committed to the

custody of the Bureau of Prisons for a term of eight (8) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- Upon release from imprisonment, defendant shall be released directly to the Probation Officer and/or the Program Director from an approved residential drug treatment and counseling program, approved and coordinated by the U. S. Probation Office, where defendant shall reside at and participate in for a period not to exceed six (6) months, without the approval by the Court.

The Court hereby recommends defendant be housed at the Santa Ana Jail for the term of his 8-month custodial sentence.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   January 7, 2025

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH
CLERK OF COURT

By: _____

Catherine M. Jeang, Deputy Clerk